JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLIN SHANKS, | LA CV 18-09437 PA (AFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| JARROW FORMULAS, INC., | |
| Defendant. | |

Pursuant to the Court's December 27, 2019 Minute Order granting the Motion for Summary Judgment filed by Defendant, and denying the Motion for Partial Summary Judgment filed by Plaintiff,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff as a matter of law;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's case is dismissed with prejudice;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit pursuant to Federal Rule of Civil Procedure 54.

DATED: December 27, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE